

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Michael Lowery,                              * From the 220th District Court
                                               of Comanche County,
                                               Trial Court No. CR03693.

Vs. No. 11-14-00274-CR                       * October 13, 2016

The State of Texas,                          * Memorandum Opinion by Bailey, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.